UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TSE, Ho Keung ;<br><br>     Plaintiff *pro se*,<br>v.<br>GOOGLE, INC. ET AL.,<br><br>     Defendants. | Case No.: C 3:13-cv-00194 SI<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO APPEAR IN CASE MANAGEMENT CONFERENCE TELEPHONICALLY, OR IN THE ALTERNATIVE, CONTINUE THE CASE MANAGEMENT CONFERENCE |

The Court, having found good cause, HEREBY GRANTS Plaintiff Ho Keung Tse's Motion for Leave to Appear in Case Management Conference Telephonically, or in the Alternative, Continue the Case Management Conference.

~~Plaintiff Ho Keung Tse may appear in case management conference scheduled for May 3, 2013 at 2:30 p.m. telephonically~~ / The case management conference scheduled for May 3, 2013 at 2:30 p.m. is continued to June 14, 2013, 2:30 p.m.

IT IS SO ORDERED.

Date :   3/26/13

_____
Susan Illston
United States District Judge