UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TSE, HO KEUNG,<br><br>Plaintiff *Pro Se*,<br><br>vs.<br><br>GOOGLE INC., et al., and<br>BLOCKBUSTER, L.L.C.<br><br>Defendants. | Related Case Nos. 3:13-cv-00194-SI and<br>3:13-cv-01204-SI<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JULY 15, 16 OR 17<br><br>Dept:   10, 19th Floor<br>Judge:  The Honorable Susan Illston |

The Court HEREBY ORDERS that:

The Initial Case Management Conference presently set for June 14, 2013, is continued to July 19, 2013, at 2:30 p.m.

DATED: 05/23/2013

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

PROPOSED ORDER
Case Nos. 3:13-cv-00194-SI; 3:13-cv-01204-SI

27988\3676389.1