1  BIJAL V. VAKIL (SBN: 192878)
   ERIC KRAUSE (SBN: 257925)
2  WHITE & CASE LLP
   3000 El Camino Real
3  5 Palo Alto Square, 9th Floor
   Palo Alto, California 94306
4  Telephone: 650-213-0300
   Facsimile: 650-213-8158
5  Email:   bvakil@whitecase.com
   Email:   ekrause@whitecase.com
6
   Attorneys for Defendant
7  SAMSUNG TELECOMMUNICATIONS AMERICA
   LLC
8

9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TSE, HO KEUNG, | Case No.  3:13-cv-00194-SI |
| Plaintiff *Pro Se*, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| v. | |
| GOOGLE INC., et al. | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 5-1 and 11-5, the law firm of DLA Piper, 401 Congress Ave, Suite 2500, Austin, TX 78701 ("DLA Piper") is withdrawing as counsel for Defendant Samsung Telecommunications America LLC in this matter.  DLA Piper will be replaced as counsel for Samsung by Bijal V. Vakil and Eric Krause of White & Case LLP, 3000 El Camino Real, 5 Palo Alto Square, 9th Floor, Palo Alto, CA 94306 ("White & Case").  Samsung hereby consents to DLA Piper's withdrawal as its counsel and to the substitution of White & Case as their counsel in this matter.  It is hereby requested that effective immediately, all

further pleadings, notices, and correspondence be directed to Mr. Vakil's attention at the address below:

>WHITE & CASE LLP
>3000 El Camino Real
>5 Palo Alto Square, 9th Floor
>Palo Alto, CA 94306
>Telephone: (650) 213-0303
>bvakil@whitecase.com

Dated: June 5, 2013          DLA PIPER

By: */s/ Aaron Fountain*
   Brian K. Erickson
   brian.erickson@dlapiper.com
   State Bar No. 24012594
   Aaron Fountain
   aaron.fountain@dlapiper.com
   State Bar No. 24050619
   DLA PIPER LLP (US)
   401 Congress Avenue, Suite 2500
   Austin, TX 78701-3799
   Tel: 512.457.7000
   Fax: 512.457.7001
   Attorneys for Defendant
   SAMSUNG TELECOMMUNICATIONS
   AMERICA LLC

Dated: June 5, 2013          WHITE & CASE LLP

By: */s/ Bijal V. Vakil*
   BIJAL V. VAKIL
   Attorneys for Defendant SAMSUNG
   TELECOMMUNICATIONS AMERICA LLC

The substitution of counsel is hereby approved and IT IS SO ORDERED.

Dated: ~~June~~ 7/25, 2013

_____
Judge Susan Illston
United States District Court Judge

- 2 -

**ATTESTATION CLAUSE**

I, Bijal V. Vakil, hereby attest in accordance with L.R. 5-1(i)(3) that Aaron Fountain, Counsel for Samsung Telecommunications America LLC, has provided his concurrence with the electronic filing of the foregoing document entitled NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER.

Dated: June 5, 2013                    WHITE & CASE LLP

By: */s/ Bijal V. Vakil*
   BIJAL V. VAKIL
   Attorneys for Defendant SAMSUNG
   TELECOMMUNICATIONS AMERICA LLC

- 3 -

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
CASE NO.3:13-CV-0194-SI

PALOALTO 147018 (2K)