IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HO KEUNG TSE,　　　　　　　　　　　　　　　No. C 13-0194 SI

        Plaintiff,

  v.　　　　　　　　　　　　　　　　　　　　　**JUDGMENT**

GOOGLE, INC., *et al.*,

        Defendants.
_____/

    Summary judgment having been granted in favor of defendants and against plaintiff in the above captioned case, the Court hereby enters judgment accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 11, 2013

                                      SUSAN ILLSTON
                                      United States District Judge