IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HO KEUNG TSE,<br><br>　　　　Plaintiff,<br>　　v.<br><br>GOOGLE, INC., *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C 13-0194 SI<br><br>**ORDER RE: PLAINTIFF'S REQUEST FOR CLARIFICATION** |
| HO KEUNG TSE,<br><br>　　　　Plaintiff,<br>　　v.<br><br>BLOCKBUSTER, L.L.C.,<br><br>　　　　Defendant.<br>_____/ | No. C 13-1204 SI |

On December 11, 2013, the Court granted defendants' motion for summary judgment and held that claims 1-5, 13, 16, 17, 20, and 23-26 of U.S. Patent No. 6,665,797 B1 ("the '797 Patent") are invalid for lack of written description as required by 35 U.S.C. § 112. 13-cv-194, Docket No. 112; 13-cv-1204, Docket No. 51. On December 11, 2013, the Court entered judgment in the two related actions in favor of defendants and against plaintiff. 13-cv-194, Docket No. 113; 13-cv-1204, Docket No. 52.

On December 17, 2013, plaintiff, proceeding *pro se*, filed a request for clarification, asking the Court to clarify whether any of the defendants' counterclaims remained pending, specifically referring to defendant Blockbuster's counterclaim for non-infringement. 13-cv-194, Docket No. 117; 12-cv-1204, Docket No. 56. In the request, plaintiff explained that he needed this information so that he could determine if the Court has entered an appealable final judgment. *Id.*

Because the Court held that all the asserted claims of the '797 Patent are invalid, Blockbuster's counterclaim for non-infringement is moot. *See Princeton Biochems., Inc. v. Beckman Coulter, Inc.*, 411 F.3d 1332, 1339-40 (Fed. Cir. 2005) ("Because claim 32 is invalid for obviousness, this court need not reach the issues of prior invention and infringement."); *Lough v. Brunswick Corp.*, 86 F.3d 1113, 1123 (Fed. Cir. 1996) ("No further public interest is served by our resolving an infringement question after a determination that the patent is invalid."); *Richdel, Inc., v. Sunspool Corp.*, 714 F.2d 1573, 1580 (Fed. Cir. 1983) ("The claim being invalid, there is nothing to be infringed."). Accordingly, none of the defendants' counterclaims remain pending, and the judgments in the two related action are final.

**IT IS SO ORDERED.**

Dated: December 19, 2013

SUSAN ILLSTON
United States District Judge