NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**HO KEUNG TSE,**
*Plaintiff-Appellant,*

v.

**GOOGLE INC., SAMSUNG TELECOMMUNICATIONS AMERICA LLC, HTC AMERICA, INC.,** AND **BLOCKBUSTER, INC.,**
*Defendants-Appellees.*

_____

2014-1222

_____

Appeals from the United States District Court for the Northern District of California in No. 13-cv-00194, Judge Susan Y. Illston.

_____

**JUDGMENT**

_____

HO KEUNG, TSE, of Cheung Sha, Hong Kong, pro se.

STEPHANIE P. SKAFF, Farella Braun + Martel LLP, of San Francisco, California, for Google, Inc.  With her on the brief were DEEPAK GUPTA; BIJAL VAKIL and ERIC KRAUSE, White & Case LLP, of Palo Alto, California, for Samsung Telecommunications America, LLC; JERRY R. SELINGER, Patterson & Sheridan, LLP, of Dallas, Texas

for HTC America, Inc.; and SCOTT LLEWELLYN, Morrison & Foerster LLP, of Denver, Colorado, for Blockbuster, LLC.

———————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LINN and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 16, 2014 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |